JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
**HARPER | SELIM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOEL MARTIN LIFSCHUTZ, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY d/b/a STATE FARM; DOE Individuals I-V; and ROE CORPORATIONS I-V,<br><br>Defendants. | CASE NO.: 2:25-cv-01636-RFB-NJK<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(Submitted In Compliance With** ~~**LR 26-1(c)**~~**)**<br>LR 26-1(b) |

Plaintiff, JOEL MARTIN LIFSCHUTZ ("Plaintiff"), by and through his counsel of record, GILLOCK & COGGESHALL, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel of record, HARPER | SELIM, hereby stipulate and agree to the following Discovery Plan and Scheduling Order:

1. <u>Meeting</u>: Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1(a), a meeting was held on October 22, 2025, and conducted by and between Daniel McAdorey, Esq. on behalf of Plaintiff and James E. Harper, Esq. on behalf of Defendant.

2. <u>Pre-Discovery Disclosures</u>: Pursuant to Fed. R. Civ. P. Rule 26(a)(l), the parties will serve their initial disclosures, including any Computation(s) of Damages required pursuant to Fed. R. Civ. P. 26(a)(i)(A)(iii), within 14 days after the parties' Rule 26(f) conference, or by November 5, 2025.

1

3. <u>Areas of Discovery:</u> The parties agree that the areas of discovery should include all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure.

4. <u>Discovery Cut-Off Date:</u> The last day to conduct discovery, which is one hundred eighty (180) days from September 9, 2025,[1] shall be March 9, 2026.[2]

5. <u>Amending The Pleading and Adding Parties:</u> The last day to file any motion(s) to amend pleadings or to add parties, which is ninety (90) days before the discovery cut-off deadline, shall be December 9, 2025.

6. <u>FRCP 26(A)(2) Disclosure (Experts):</u>

   a. The last day to disclose initial expert witnesses, which is sixty (60) days before the discovery cut-off deadline, shall be January 8, 2026.

   b. The last day to disclose rebuttal expert witnesses, which is (30) days after the deadline to disclose initial expert witnesses, shall be February 9, 2026.[3]

7. <u>Dispositive Motions:</u> The last day to file any dispositive motions, which is thirty (30) days after the discovery cut-off deadline, shall be April 8, 2026.

8. <u>Pre-Trial Order:</u> The Joint Pretrial Order shall be filed by May 8, 2026, which is not more than thirty (30) days after the date set for filing dispositive motions in the case. This deadline is suspended if dispositive motions are timely filed.

9. <u>Fed. R. Civ. P. 26(a)(3) Disclosures:</u> Unless the discovery plan otherwise provided and the Court so orders, the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

---

[1] The date Defendant filed its Answer. *See* ECF No. 4.
[2] This deadline falls on Sunday, March 8, 2026. As a result, this deadline extends to the next court day of Monday, March 9, 2026, by operation of FRCP 6(a)(1)(C).
[3] This deadline falls on Saturday, February 7, 2026. As a result, this deadline extends to the next court day of Monday, February 9, 2026, by operation of FRCP 6(a)(1)(C).

LR 26-3

10. <u>Extensions or Modifications of the Discovery Plan and Scheduling Order:</u> ~~LR 26-4~~ governs modifications or extensions of this Discovery Plan and Scheduling Order. Any stipulation or motion to extend a deadline set forth in the Discovery Plan and Scheduling Order must be made not later than 21 days before the subject deadline. Any stipulation or motion to extend the discovery cut-off deadline must be made no later than February 16, 2026, 21 days before the discovery cut-off date.

11. <u>Court Conferences:</u> If the Court has questions regarding the dates proposed by the parties, the parties request a conference with the Court before entry of the Scheduling Order. If the Court does not have questions, the parties do not request a conference with the Court.

12. <u>Format of Discovery:</u> Pursuant to the electronic discovery amendments to the Federal Rules of Civil Procedure effective December 1, 2006, the parties addressed the e-discovery issues pertaining to the format of discovery at the Rule 26(f) conference. The parties do not anticipate discovery of native files or metadata at this time, but each party reserves the right to make a showing for the need of such electronic data as discovery progresses.

13. <u>Rule 35 Medical Examination:</u> Defendant reserves the right to have Plaintiffs undergo a Rule 35 medical examination performed by Defendant's doctor(s), at a time to be determined by the parties. Said medical examinations are to proceed pursuant to Rule 35 of the Federal Rules of Civil Procedure. This agreement is not to be construed as a waiver of any valid objections thereto.

14. <u>Alternative Dispute Resolution:</u> The parties certify that they met and conferred about the possibility of using alternative dispute resolution processes, including mediation, arbitration, and, if applicable, early neutral evaluation.

15. <u>Alternative Forms of Case Disposition:</u> The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, and the use of the Short Trial Program (General Order 2013-01).

/ / /

16. <u>Electronic Evidence:</u> The parties certify that they may present evidence in electronic format to jurors for the purpose of jury deliberations in compliance with the Court's electronic jury evidence display system.

| GILLOCK & COGGESHALL | HARPER | SELIM |
|---|---|

/s/ Daniel J. McAdorey                                     /s/ James E. Harper

GERALD I. GILLOCK                                          JAMES E. HARPER
Nevada Bar No.                                             Nevada Bar No. 9822
MICHAEL H. COGGESHALL                                      SABRINA G. WIBICKI
Nevada Bar No.                                             Nevada Bar No. 10669
DANIEL J. MCADOREY                                         1935 Village Center Circle
Nevada Bar No.                                             Las Vegas, NV 89134
428 S. Fourth Street                                       *Attorney for Defendant*
Las Vegas, NV 89101

and

Samuel Mirejovsky, Esq.
Ashley M. Watkins, Esq.
SAM & ASH, LLP
1108 S. Casino Center
Las Vegas, NV 89104
*Attorneys for Plaintiff*

IT IS SO ORDERED.
Dated:  October 24, 2025
.
.
_____
Nancy J. Koppe
United States Magistrate Judge