```
JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10090
HARPER | SELIM
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOEL MARTIN LIFSCHUTZ, Individually, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY d/b/a STATE FARM; DOE Individuals I-V; and ROE CORPORATIONS I-V, <br><br> Defendants. | CASE NO.: 2:25-cv-01636-RFB-NJK <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, PENNI GRUENBERG ("Plaintiff"), through her counsel of record, SAM & ASH, LLP, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), through its counsel of record, HARPER | SELIM, that this matter be dismissed with prejudice; each party to bear their own costs and attorney fees.

DATED this 9th day of December 2025.    DATED this 10th day of December 2025.

**SAM & ASH, LLP**    **HARPER | SELIM**

/s/ _____ #14502    /s/ _____
SAMUEL MIREJOVSKY, ESQ    JAMES E. HARPER
Nevada Bar No. 13919    Nevada Bar No. 9822
ASHLEY M. WATKINS, ESQ.    SABRINA G. WIBICKI
Nevada Bar No. 13981    Nevada Bar No. 10669
1108 S. Casino Center    1935 Village Center Circle
Las Vegas, NV 89104    Las Vegas, Nevada 89134
*Attorneys for Plaintiff*    *Attorneys for Defendants*

Michael Coggeshall
NBN 14502
4285.4th St.

1

## ORDER

IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All hearings, conferences, and deadlines are VACATED. The **Clerk of Court** is directed to **CLOSE THIS CASE.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE